UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

Abraham Cornejo-Hernandez

Case No. 6:07-CR-157-ORL-22UAM

_____/

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for December 12, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on October 18, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record